# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 03-3299

—————

Victor Rivera,                                    *
                                                  *
            Appellant,                            *
                                                  *    Appeal from the United States
      v.                                          *    District Court for the District
                                                  *    of Minnesota.
Lisa J. W. Hollingsworth, Warden,                 *
FCI Sandstone,                                    *        [UNPUBLISHED]
                                                  *
            Appellee.                             *

—————

Submitted:  July 16, 2004
Filed:  July 27, 2004

—————

Before MURPHY, FAGG, and SMITH, Circuit Judges.

—————

PER CURIAM.

Federal inmate Victor Rivera, confined in the Federal Correctional Institution at Sandstone, Minnesota, appeals the district court's[*] dismissal of Rivera's 28 U.S.C. § 2241 petition.  After carefully reviewing the record, we conclude the Federal Bureau of Prisons properly calculated Rivera's sentence to commence on the date it

---

[*]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

was imposed and to run for 147 months.  We also conclude the district court did not abuse its discretion in denying Rivera an evidentiary hearing.  <u>See</u> <u>Newton v. Kemna</u>, 354 F.3d 776, 785 (8th Cir. 2004).

We affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____